■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT J. FULLEN, Appellant. [940 NYS2d 515]—Appeal from an order of the Supreme Court, Monroe County (Frank P. Geraci, Jr., A.J.), entered December 9, 2010. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Defendant appeals from an order determining that he is a level two risk pursuant to the Sex Offender Registration Act (Correction Law § 168 *et seq.*). Defendant failed to preserve for our review his contention that he was entitled to a downward departure from his presumptive risk level on the ground that his release from jail without supervision was mitigated by the fact that he did not serve a long prison sentence (*see People v Gilbert*, 78 AD3d 1584, 1585-1586 [2010], *lv denied* 16 NY3d 704 [2011]; *People v Ratcliff*, 53 AD3d 1110 [2008], *lv denied* 11 NY3d 708 [2008]). In any event, there is no basis to disturb the court's determination inasmuch as defendant "failed to present clear and convincing evidence of special circumstances justifying a downward departure from his presumptive risk level" (*People v Ferrara*, 38 AD3d 1302, 1303 [2007], *lv denied* 8 NY3d 815 [2007]). Present—Smith, J.P., Peradotto, Carni and Sconiers, JJ.